

8/25/2020
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT V. JUSTICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 20-2301 (UNA) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. | |

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's application for leave to proceed *in forma pauperis* and *pro se* complaint. The application will be granted, and the complaint will be dismissed.

Plaintiff alleges that he is "no longer a productive member of the State," Compl. ¶ 4, and considers it his "duty to the State . . . not to become a burden on it," *id.* ¶ 6. For this reason, plaintiff allegedly "has a duty and privilege to purge (euthanize) himself." *Id.* He asks the Court to issue an Order "[t]hat any hospital of [his] choosing and . . . instruction . . . shall administer pentobarbital to end his life." *Id.* This is a matter over which the Court lacks jurisdiction, and the complaint must be dismissed. *See* Fed. R. Civ. P. 12(h)(3).

A separate order accompanies this Memorandum Opinion.

DATE: August 25, 2020

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge